CANNED at Putnamville and Emailed on

5|30|19 by 🖊 - 11 pages.
(ate)      (initials)   (num)

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FOR THE_NORTHERN_____DISTRICT OF__INDIANA

HAMMOND DIVISION_____

_____AT

LAFAYETTE_____

_____

(Full name of plaintiff(s))

_LAWRENCE ADRIAN BELL_____

_____

_____

vs

(Full name of defendant(s))

_____

__JAKE MITCHELLS   CHAD GRUBBS  BERRY RICHARDS __CARRIE MORGAN CPT
LEMAN_____

_____

_____

_____

Case Number:

_4:18-00094-JVB-JEM

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of__UNITED STATES_____, and is

located at  Putnamville correctional facility 1946 us.40 greencastle

IN.46135_____

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _____
                                                                (Name)


Complaint – 1

                        is (if a person or private corporation) a citizen of
                        _____INDIANA_____
                                                        (State, if known)

                        and (if a person) resides at___TIPPECANOE COUNTY
        JAIL_____
                                                        (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

                worked for_____SHERIFF BERRY RICHARDS AND SHERIFF ROBERT
                                GOLDSMITH____TIPPECANOE CONTY
        JAIL_____
                                        (Employer's name and address, if known)

        (If you need to list more defendants, use another piece of paper)


B.      STATEMENT OF CLAIM

        On the space provided on the following pages, tell:

        1.  Who violated your rights;

        2.  What each defendant did;

        3.  When they did it;

        4.  Where it happened; and

        5.  Why they did it, if you know.


___THE DEFENDANTS THAT WERE LISTED IN THEIR INDIVIDUAL AND OFFICIAL

CAPACITY AND ACTED UNDER THE SCOPE OF THE COLOR OF STATE LAW TO

VIOLATE   THE   PLAINTIFFS   EIGHTH   AMENDMENT   CRUEL   AND   UNUSAL

PUNISHMENT RIGHT, THAT GAUNRANTEES HIS SAFETY AND TO BE PROTECTED

FROM INMATE ON INMATE ASSAULTS .THE DELIBERATE INDIFFRENCE OF HIS

SAFETY FOR FAILING TO PREVENT HIM FROM BEING ATTACKED AND SEPARATED

BY A KNOWN SUBSTANTIAL RISK OF SERIOUS HARM. THIS IS THE DIRECT CAUSE

OF THE VIOLATION OF HIS EIGHT AMENDMENT CONSTITUTIONAL GAUNRANTEED

RIGHT.

Complaint – 2

# STATEMENT OF CLAIM

1.) The Defendants acted under the scope of the color of state law and are named in their individual and their official capacity within the scope of their employment. They acted with deliberate indifference to my safty by failing to prevent me from being violenty attacked by an Inmate. This violated my Eighth Amendment Right, under the Cruel and unusal Punishment Cluase, That guarantee's my safty and to be protected from being assaulted by another Inmate. All the defendant's knew he was a substantial Risk of causing serious harm to any inmate at the Tippecanoe County Jail, If he was not kept isolated in safe Coustody from other inmates.

2.) Defendant, Berry Richards was a Sheriff there and is a policy maker. As an elected official he has a Constitutional duty to keep the peace of the public. To make Sure that all the officers that work at the County Jail, are properly and adequately trained and Supervised. So that all the adminstrative procedures of the Jails policys are strictly enforced, So that the Safty and Security of the Jail is maintained

3.) Defendant, Carrie Morgan is the Jail Commander with the Supervisor position as part of the jails Administration, and is the one who placed the inmate on Administrative Segregation. She also has the Constitutional duty to make Commands to the lower I custody officers. To maintain the Safty and

Security of the jail

(4.) Defendant, <u>Captain Leman</u> is in charge of all
the other officers in the Tippecanoe County
Jail. With the Constitutional, duty as a
Supervisor to make Sure that all the procedures
of the Tippecanoe County Jail's policies are
Strictly enforced. So that the Safty and Security
of the Jail is maintained. the keep Separate Sign
that was put on James McKillops holding Cell door
By the orders of Capt. Leman, and everyone knew
that were officers at the Jail, knew that the
procedures of the Status that he was on. Meant
that he was not to be around anyone. I am a
Black person of race ethnicity and my attacker is a
S.T.G., white Supermacy and know Violent gang Member.
To which made me real vurneable to be attacked.
All the inmates that he assaulted in the past at the
Jail were mainly black. The Defendants knew
That because my attacker was a Substantial Risk
of seriously harming anyone that he was put around
Thats why James McKillop was Isolated from
everyone else in the first place. Because his Violent
history of violently assaulting other Inmates at the
Time. This was the Jails administrative way of
trying to protect the other inmates from being
Assaulted. The higher Coustody officers of the
Jail failed to make Close Supervision on the

lower Coustody officers. To make Sure that the procedures of the Administrative policy and keep Seperate policy is Strictly enforced, So that James Mckillop was Kept Separate from everyone. To ensure my Saffty and everyone else too. This is what Caused The lower Coustody officers to recklessly Disregard my Saffty. Failure to Strictly enforce procedures of an administrative policy. They Knew by his past Violent history that if he was not Kept isolated that he was gonna Seriously hurt Someone. The Eighth Amendment doesn't require me to make an Advance notification of a substantial risk of Assault posed by a particular fellow prisoner.
See Supra, at 16-17, 128 LED, at 829-830

# CAUSE OF ACTION

Despite the Knowledge that my attacker who Violently attacked me by Chocking me and Cutting my throat. He was placed on Administrative Segregation by Carrie Morgan the Jail Commander. Despite the Knowledge That he had a pervasive past history of Violenty Assaultin other Inmates the whole nine months he was Incarcerated in the County Jail, and Despite the Knowledge that was well Documented that he was to be kept Separate from all inmates at the County Jail, because he was a Substantial risk of Seriously harming others, And last but not least. Defendants Chad Grubbs and Jake Mitchells Knew that the procedures of this policy is designed to protect the Safty and Security of the facilities population and to Isolate dangerous inmates who are deemed to be a Substantial risk of harming other. The defendants were deliberatly indifferant to my Safty By failing to prevent a Known Violent Inmate from Violently attacking me with the Subjective awarness that he was a Substantial risk of Seriously harming Anyone. They recklessly disregraded my Safty by letting me go out to recrerational period with James McKillop. once I got Into the Rec. breakroom Not Knowing better because my Severe Mental Illness impairs my Judgement, and keeps me from Making wise decisions.

This dangerous and Violent inmate who officer Jake Mitchells and Chad Grubbs set me up to be placed in the Rec. room with. Once I got in the room he handed me some religious materials and I proceded to use the Inmate telephone with my back turned he placed me in a chock hold and started cutting my throat. I have exhausted all my administrative remedies to the extent that was made availible to me. plaintiff further says nothing.

I AFFIRM under the Penalty of Perjury that the Foregoing information is true to the best of my knowledge.

signed on this 30th day of May 2018

Lawrence a rue

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint – 3

C.     JURISDICTION

[x]     I am suing for a violation of federal law under U.S.C. § 1331.

[ ]     I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

        $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

__TWO HUNDRED THOUSAND DOLLARS AMENDED RELIEF___AND ATTONEY

FEES____I'VE ALREADY BEEN GRANTED TO PROCEED TO LEAVE WITH FORMA

PAURPIS_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint – 4

JURY DEMAND

       Jury Demand – I want a jury to hear my case

☑     Court Trial – I want a judge to hear my case

☐     Dated this__30___day of__MAY_____20_19___.

       Respectfully Submitted,

__LAWRENCE ADRIAN BELL_____
Signature of Plaintiff


___966378_____
Plaintiff's Prisoner ID Number


___PUTNANVILLE CORRECTIONAL FACILITY____1946 WEST US
40 GREENCASTLE IN 46135_____


_____
(Mailing Address of Plaintiff)


(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE


X    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.


[✓]    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.


Complaint - 5